IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

IN RE: APPLICATION OF MICHAEL ) NO: 3540 of 2017
E. QUIDETTO )
)

## ORDER OF COURT

AND NOW, to-wit: This __28__ day of __August__, 2017, pursuant to an Application under section 6105(e)(2) of the Pennsylvania Uniform Firearms Act of 1995, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Michael E. Quidetto, DOB 04-11-1969, SSN xxx-xx-1016, is granted relief from his firearm disability under Pa.C.S. 18 §6105 (c)(3) and his firearms rights are hereby restored.

The Prothonotary shall send a copy of this Order to the Pennsylvania State Police within 10 days of the entry of this Order.

ATTEST:
CHRISTINA O'BRIEN
PROTHONOTARY

BY THE COURT:

_____ J.

Date: 8/28/17

FILED IN PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2017 AUG 28 PM 1:40
CHRISTINA O'BRIEN
PROTHONOTARY

Certified to be a True Copy

Christina O'Brien
Prothonotary