Charles F. Fox, IV, Esquire
Attorney ID No. 206710
cffoxiv@uncapher-fox.com

Uncapher, Uncapher & Fox
 Attorneys at Law
171 Columbia Avenue
Vandergrift, Pennsylvania 15690
(724) 567-6728 (Telephone)
(724) 5675636 (Fax)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL E. QUIDETTO** | : |
| **Plaintiff** | : |
| v. | : Civil Action No. 2:19-cv-01618 |
| **WILLIAM BARR,** | : |
| **Attorney General of the United States** | : |
| **BYRON TODD JONES** | : Magistrate Judge: |
| **Director of Bureau of Alcohol,** | :           Lisa Pupo Lenihan |
| **Tobacco, Firearms and Explosives** | : |
| **CHRISTOPHER A. WRAY,** | : |
| **Director of the Federal Bureau of** | : |
| **Investigation** | : |
| **UNITED STATES OF AMERICA,** | : |
| **Defendants** | : |

### MOTION TO AMEND COMPLAINT

Plaintiff Michael Quidetto, moves to amend his Complaint which was filed on December 13, 2019

1. When the Complaint a filed, the Complaint wrongly named Byron T. Jones as the director of the Bureau of Alcohol, Tobacco, Firearm and Explosives.

2. Whereas the current acting director of the Bureau of Alcohol, Tobacco, Firearm and Explosives is Regina Lombardo.

3. The Defendants have not been served yet and a new summons will be filed with the amended Complaint.

4. By Amending the Complaint the Defendants will not be prejudice.

WHEREFORE, The Plaintiff respectfully requests that the Plaintiff be permitted to Amend hi Complaint.

          Respectfully Submitted,

          /S/ Charles F. Fox, IV

          Charles F. Fox, IV, Esquire
          Attorney for the Plaintiff
          Uncapher, Uncapher & Fox
          171 Columbia Ave.
          Vandergrift, Pa 15690
          Phone: 724-567-6728
          Fax:    724-567-5636