IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. QUIDETTO, | ) | |
| | ) | CIVIL ACTION NO. 19-1618 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE LENIHAN |
| | ) | |
| WILLIAM BARR, | ) | |
| Attorney General of the United States, | ) | *(Electronic Filing)* |
| REGINA LOMBARDO, | ) | |
| Acting Director of Bureau of Alcohol, | ) | |
| Tobacco, Firearms and Explosives, | ) | |
| CHRISTOPHER A. WRAY, | ) | |
| Director of the Federal Bureau of | ) | |
| Investigation, | ) | |
| United States of America, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _10th_ day of _March_, 2020, upon consideration of

the Joint Motion to stay this matter pending a decision by the U.S. Court of Appeals for the Third

Circuit in *Holloway v. Barr*, 948 F.3d 164 (3d Cir.),

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that this matter is hereby STAYED and

ADMINISTRATIVELY CLOSED until the appeal proceedings close in *Holloway* and the Third

Circuit issues a mandate, at which time the Court shall set a status conference. The parties are to

advise the Court when a mandate is issued, within 30 days of its issuance.

_____
**Lisa Pupo Lenihan**
**U.S. Magistrate Judge**

cc:     All parties of record