Charles F. Fox, IV, Esquire

Attorney ID No. 206710

cffoxiv@uncapher-fox.com


Uncapher, Uncapher & Fox

 Attorneys at Law

171 Columbia Avenue

Vandergrift, Pennsylvania 15690

(724) 567-6728 (Telephone)

(724) 5675636 (Fax)

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL E. QUIDETTO** | : | |
| **Plaintiff** | : | |
| v. | : | Civil Action No. **2:19-cv-01618** |
| **WILLIAM BARR,** | : | |
| **Attorney General of the United States** | : | |
| **BYRON TODD JONES** | : | |
| **Director of Bureau of Alcohol,** | : | |
| **Tobacco, Firearms and Explosives** | : | |
| **CHRISTOPHER A. WRAY,** | : | |
| **Director of the Federal Bureau of** | : | |
| **Investigation** | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendants** | : | |

## **NOTICE OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action.

Respectfully submitted,

___/s/ Charles F. Fox, IV

Charles F. Fox, IV, Esq.

Attorney Id. No. 206710

cffiv@uncapher-fox.com

Attorney for Plaintiff